SCWC-14-0000431

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ASSOCIATION OF APARTMENT OWNERS OF CENTURY CENTER,
INC., by and through its Board of Directors,
Petitioner/Plaintiff-Counterclaim Defendant-Appellee,

vs.

YOUNG JIN AN, aka Young Ja Kim, AMBROSIA-SPA, INC.,
Respondents/Defendants-Counterclaimants-Appellants,

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000431 and CAAP-15-0000045; CIV. NO. 1RC13-1-4367)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Counterclaim Defendant-Appellee's
Application for Writ of Certiorari, filed on May 23, 2016, is
hereby accepted and will be scheduled for oral argument.  The
parties will be notified by the appellate clerk regarding
scheduling.

DATED:  Honolulu, Hawai'i, July 7, 2016.

R. Laree McGuire,
Linda E. Ichiyama and
Cheryl A. K. Fraine
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

